ISADORE SILVERMAN, Respondent, v. COLUMBIA OVAL CORPORATION, Appel-

lant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.